UNITED STATES of America ex rel. Foundation Aiding the Elderly; Marsha J. Baker, Plaintiffs–Appellants,

v.

HORIZON WEST INC., a California corporation; Heritage Convalescent Hospital; Empress Convalescent Hospital; Emerald Distributing Company, Inc.; Far West Inc., a California corporation; Linwood Gardens Convalescent Hospital, Inc., a California corporation; Mid–Vale Convalescent Hospital, Inc.; Sacramento Convalescent Hospital, Inc., a California corporation; South Gate Care Center Inc., a California corporation; Vallejo Convalescent Hospital, Inc., Westgate Gardens Convalescent Center, Inc.; Monterey Bay Convalescent Hospital, Inc.; Sierra Medical Enterprises Inc. Sierra Medical Enterprises, Inc. dba Grass Valley Convalescent Hospital; El Dorado Convalescent Hospital Inc.; Foothill Oaks Care Center Inc.; Hilltop Manor Convalescent Hospital Inc.; Lakeport Skilled Nursing Center Inc.; Lincoln Manor Inc.; Live Oak Manor Inc.; Meadow View Manor Inc.; Monterey Pines Skilled Nursing Facility Inc.; Napa Nursing Center Inc.; Placerville Pies Convalescent Hospital Inc.; Roseville Convalescent Hospital Inc.; Sierra Hills Care Center Inc.; Sunny Hills Convalescent Hospital Inc.; Valley View Skilled Nursing Facility Inc.; Walnut Whitney Convalescent Hospital Inc.; Sierra Solano Care Center Inc.; Westcare Management Inc.; Four Corners Regional Care Center Inc.; Parkdale Care Center Inc.; Red Cliffs Regional Inc.; Horizon West Inc.; Pacific West Pharmacy Inc., California corporations; Ellen L. Kuykendall; Bernice Schrabeck; Michael McDonald; Milton Harmon; Auburn Manor Inc., dba Golden Empire Convalescent Hospital dba Parkview Nursing Center; Medicrest of California Inc., dba Medical Center Convalescent Hospital; Medicrest of California Inc., dba Arlington Gardens Convalescent Hospital dba Montclair Manor Convalescent Hospital; Whitehall Convalescent Hospital Inc., dba Wellesley Manor Convalescent Hospital; Sierra Health Care Management Corporation dba Sierra Health Care Convalescent Hospital; Sandy Regional Inc., Sandy Regional Convalescent and Rehabilitation Center Defendants–Appellees.

No. 99–17539.

United States Court of Appeals, Ninth Circuit.

Dec. 21, 2001.

Before: REINHARDT, TASHIMA, and BERZON, Circuit Judges.

ORDER

The opinion filed on September 13, 2001, and reported at 265 F.3d 1011, is amended, as follows:

Slip op. at 13218, 265 F.3d at 1014, the statutory citation at the end of footnote 2 is corrected to read: "31 U.S.C. § 3730(e)(4)(A)."

Slip op. at 13222, 265 F.3d at 1016, in the last paragraph of Part II.C, third sentence, substitute "To put it somewhat

differently," for "To put is somewhat differently,".

Slip op. at 13223, 265 F.3d at 1016, in Part II.D, fourth sentence, substitute "We do not dispute Appellees' assertion" for "We do not dispute Appellants' assertion".

The panel has voted to deny the petition for panel rehearing and for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on en banc rehearing. *See* Fed. R.App. P. 35(b).

The petition for panel rehearing and the petition for rehearing en banc are denied.